UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-9003
_____

JAMES A. DENNIS

v.

SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS;
SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENE;
SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW;
DISTRICT ATTORNEY OF PHILADELPHIA COUNTY,

                                                                          Appellants
_____

On Appeal from United States District Court
for the Eastern District of Pennsylvania
(E.D. Pa. No. 2-11-cv-01660)
District Judge:  Honorable Anita B. Brody
_____

PRESENT:   McKEE, Chief Judge, RENDELL, AMBRO, FUENTES, SMITH,
           FISHER, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, Jr.,
           VANASKIE, SHWARTZ, and KRAUSE Circuit Judges

**ORDER**

A majority of the active judges having voted for rehearing *en banc* in the above

captioned case, it is ordered that the petition for rehearing is GRANTED.  The Clerk of

this Court  shall list the case for rehearing *en banc* at the convenience of the Court.  The

opinion and  judgment entered February 9, 2015 are hereby vacated.


                              By the Court,

                               s/ Theodore A. McKee
                              Chief Circuit Judge

Date: May 6, 2015

NMR/cc:     Stuart B. Lev, Esq.

            Amy L. Rohe, Esq.

            Thomas W. Dolgenos, Esq.

            Ryan Dunlavey, Esq.

            Catherine M.A. Carroll, Esq.